**Opinion issued February 28, 2013**



In The

# Court of Appeals
**For The**
# First District of Texas

_____

## NO. 01-12-00091-CV
_____

**SCOTT SATTLER II, Appellant**

**V.**

**JENNA NEVEU, Appellee**

**On Appeal from the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court Cause No. 11-002129-CV-CCL1**

## MEMORANDUM OPINION

Appellant Scott Sattler II has failed to timely file a brief.   *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.